IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN S. NUNO-PELAYO, | No. C 06-05379 SBA |
| Plaintiff, | **ORDER** |
| vs. | |
| THE UNIVERSITY OF CALIFORNIA BERKELEY, | |
| Defendant. | |

Pursuant to the parties' June 14, 2007 Stipulation [Docket No. 30], the dispositive motion hearing deadline shall be extended to **July 31, 2007**. All other dates set forth in this Court's Amended Pre-Trial Order issued on April 13, 2007 shall not be changed or modified.

IT IS SO ORDERED.

Dated: 6/27/07

SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN S. NUNO-PELAYO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE UNIVERSITY OF CALIFORNIA BERKELEY et al,<br><br>　　　　Defendant. | Case Number: CV06-05379 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 27, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marilyn S. Nuno-Pelayo
219 40th Street Way
Oakland, CA 94611-5611

Dated: June 27, 2007

　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　　By: LISA R CLARK, Deputy Clerk

2