UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN S. NUNO-PELAYO,<br><br>        Plaintiff(s),<br><br>   v.<br><br>UNIVERSITY OF CALIFORNIA BERKELEY,<br><br>        Defendant(s). | No. C06-5379 SBA (BZ)<br><br>**ORDER RE: OVERDUE PAPERS** |

TO:  The parties and their attorneys of record:

By Orders dated December 22, 2006 and August 27, 2007, you were ordered to lodge Settlement Conference Statements seven days prior to the conference, which was rescheduled for September 18, 2007.  Your statements were due September 11, 2007.  Neither parties' statements were received by chambers.

It is hereby **ORDERED** that if statements are not lodged by the close of business **Friday, September 14, 2007,** plaintiff and defendant will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: September 13, 2007

                                Bernard Zimmerman
                         United States Magistrate Judge

G:\BZALL\-REFS\REFS.07\NUNO.PELAYO.RESCHED.SC.2.wpd

1